

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00460-CV

Jason **CAMPBELL**,
Appellant/Cross-Appellee

v.

Ben **LUONG**,
Appellee/Cross-Appellant

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-10868
Honorable Solomon Casseb, III, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that one-half of the costs of appeal are taxed against appellant/cross-appellee, Jason Campbell, and one-half of the costs of appeal are taxed against appellee/cross-appellant, Ben Luong.

SIGNED July 19, 2017.

Sandee Bryan Marion, Chief Justice